# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENT JONES and MARK LEE, | } |
| Plaintiffs, | } |
| vs. | } Case No. CIV-2019-19 RAW |
| THE UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF INDIAN AFFAIRS, | } |
| Defendants. | } |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the Parties' settlement agreement and Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties stipulate and agree to dismiss this action with prejudice, with each Party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

LITTLE, OLIVER & GALLAGHER

s/Scott Gallagher
Scott Gallagher     OBA #16356
One West Main
Ardmore, OK  73401
(580) 224-0900 Telephone
(580) 224-0903 Facsimile
*Attorney for Plaintiffs*

AND

 s/Michael J. Cooper
(Signed by Filing Attorney with permission of Attorney)
Michael J. Cooper , Assistant U.S. Attorney
520 Denison Avenue
Muskogee, OK  74401
(918) 684-5113 Telephone
(918) 684-5130 Facsimile
*Attorney for Defendants*